**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SOLO WHOLESALE, LLC            *
TOBACCO ZONE, INC.
    Plaintiffs                 *        Criminal Case No: 11-0618

v.                             *        Magistrate Case No:
                                        11-2267
UNITED STATES GOVERNMENT       *
DRUG ENFORCEMENT                        CCB-12-cv-3726
ADMINISTRATION                 *

    Defendant                  *

**MOTION AND ORDER FOR RETURN OF SEIZED PROPERTY**

    Claimants, Solo Wholesale, LLC and Tobacco Zone, Inc., by and through their attorney, Richard M. Karceski, request that this Honorable Court sign the attached order requiring the Government to return the property of the Claimants called to in the Drug Enforcement Administration's Notices of Seizure and Claims of Ownership attached hereto. The Claimants, for their reasons, state:

    1.    Claimants' property was seized by agents of the Drug Enforcement Administration on or about May 3, 2011.

    2.    The Government's Notices of Seizure in this matter were dated June 29, June 30, and July 1, 2011.

    3.    Timely Claims of Ownership and Petitions for Remission and/or Mitigation were filed by undersigned counsel on July 21, 2011.

    4.    Neither the Government nor the Drug Enforcement Administration has responded to Claimants' claims.

5. The Government has not requested an extension of time in these matters.

WHEREFORE, pursuant to 18 U.S.C.S. Section 983 3(A), the Claimants herein request the immediate return of their property and described as follows:

- A. 2004 GMC G3500, Veh. ID: 1GDJG31U741908735
- B. Assorted Electric Cement Mixers
- C. CVC 220B Commercial Packaging Machine
- D. Cleveland DBF 900LW Bond Sealer
- E. Assorted Packaging Machines
- F. Assorted Electric Cement Mixers
- G. GYL Automatic Packaging Machinery

_____
RICHARD M. KARCESKI
305 Washington Avenue
Suite 301
Towson, Maryland  21204
(410) 494-7100
Attorney for the Claimant

### POINTS AND AUTHORITIES

Title 18 U.S.C.S. Section 983.

U.S. v. Wilson, etal, 2012 West Law, 5448202; No. 11-1821, decided 11/8/12, United States Court of Appeals, 4th Circuit.

**I HEREBY CERTIFY** that on this \_\_18\_\_ day of \_\_Dec\_\_, 2012, the foregoing Motion And Order For Return Of Seized Property was mailed to:

Forfeiture Counsel
Asset Forfeiture Section
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475


Philip Jackson, Esquire
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201

_____
RICHARD M. KARCESKI