**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Northern Division

| | | |
|---|---|---|
| **SOLO WHOLESALE, INC., et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | Civil No. CCB-12-3726 |
| | | Crim. No. CCB-11-0618 |
| | : | |
| **UNITED STATES GOVERNMENT/** | | |
| **DRUG ENFORCEMENT ADMIN.** | : | |
| Defendant. | : | |

: : : : : : :

## DEFENDANT'S MOTION FOR A STAY OF PROCEEDINGS

The defendant, the United States of America, by the undersigned counsel, respectfully moves this Court for a stay of proceedings in this matter for the reasons stated in the Government's Response to Motion for Return of Property filed with the Court *ex parte* and under seal on March 12, 2013.

WHEREFORE, the United States respectfully requests that the Court stay these proceedings until further notice by the Government.

Respectfully submitted,

Rod J. Rosenstein
UNITED STATES ATTORNEY
District of Maryland

_____/s/_____
Stefan D. Cassella
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Tel: (410) 209-4800