IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **SOLO WHOLESALE, LLC, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | Civil No. CCB-12-3726 |
| | | Crim. No. CCB-11-0618 |
| | : | |
| **UNITED STATES GOVERNMENT/ DRUG ENFORCEMENT ADMIN.** | : | |
| Defendant. | : | |

: : : : : : :

**MOTION TO DISMISS COMPLAINT
OR, IN THE ALTERNATIVE, FOR CLARIFICATION
OF THE REPRESENTATION OF THE CORPORATE PLAINTIFFS**

The United States of America, by its counsel, moves to dismiss the action filed by Solo Wholesale, LLC, and Tobacco Zone, Inc., on the ground that Solo Wholesale, LLC, and Tobacco Zone, Inc., are corporations appearing *pro se* and are not represented by counsel. In the alternative, the Government asks the Court to give Plaintiffs the opportunity to clarify whether they are appearing *pro se* or through counsel.

On or about December 19, 2012, Solo Wholesale, LLC, and Tobacco Zone, Inc., filed an action for the return of seized property. The complaint asserts that the corporations are represented by Richard Karceski, a Maryland attorney. On or about April 12, 2013, however, the undersigned counsel for the Government spoke with Mr. Karceski and asked whom he represented. Mr. Karceski responded that he represented Mr. Mohd Abujamous, an individual who was formerly associated with Solo Wholesale, LLC, but who no longer had any such

association.  Mr. Karceski added that he did not represent the corporation and that the corporation was representing itself in this matter.

There may be a misunderstanding in this regard, but the law is clear that a corporation cannot appear in court except through licensed counsel.  *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in federal courts only through licensed counsel"); *Pritchard v. Lubman*, 20 Fed. Appx. 133, 133-34 (4th Cir. 2001) ("it is well settled that a corporation must be represented by an attorney in federal court"); *see also Systems Management American Corp. v. England*, 25 Fed. Appx. 914, n.1 (Fed. Cir. 2001) (a corporation must be represented by counsel and the statutory requirement cannot be waived).  The Fourth Circuit Court of Appeals has affirmed the entry of default judgment against a *pro se* corporate defendant that failed to retain counsel.  *See Allied Colloids, Inc. v. Jadair, Inc.*, 139 F.3d 887 (table) (4th Cir. 1998) [published in full-text format at 1998 U.S. App. LEXIS 4959, 1998 WL 112719]; *see also King v. Goldman (In re Stanley James Development Corp.)*, 182 Fed. Appx. 237 (4th Cir. 2006) (dismissing corporation's appeal signed only by *pro se* appellant who is not an attorney); *Loebe v. Apodaca*, 124 Fed. Appx. 791 (4th Cir. 2005) (same); *Battle v. Kadosh, Inc.*, 238 F.3d 410 (table) (4th Cir. 2000) (same).  Limited liability companies, like corporations, are not permitted to proceed *pro se*.  *See MR Crescent City, LLC v. TJ Biscayne Holdings, LLC*, 2013 WL 1243541 (4th Cir. Mar. 28, 2013), *citing United States v. Hagerman*, 545 F.3d 579 (7th Cir. 2008).  Accordingly, if Mr. Karceski does not represent Solo Wholesale, LLC, or Tobacco Zone, Inc., the Court should inquire of the Plaintiffs if they are in fact represented by counsel, and if they are not, their complaint should be dismissed.

If, alternatively, the response is that Mr. Abujamous is the actual party-in-interest and that he, not Solo Wholesale, LLC, or Tobacco Zone, Inc., is actually the plaintiff in this action, then the Government questions the plaintiff's standing to request the return of the seized property.

For all of these reasons, the Government respectfully requests that the pending action be dismissed, or that the Court give the Plaintiffs the opportunity to clarify the status of their representation and their relationship to Mr. Abujamous.

Respectfully submitted,

Rod J. Rosenstein
UNITED STATES ATTORNEY
District of Maryland

_____/s/_____
Stefan D. Cassella
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Tel: (410) 209-4800