IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SOLO WHOLESALE, LLC, et al. | * | |
| | * | |
| v. | * | Civil Action No. CCB-12-3726 |
| U.S. GOVERNMENT DRUG ENFORCEMENT ADMINISTRATION | * | |
| | *** | |

## ORDER

The renewed motion for return of seized property has been reviewed. It has not been opposed. In response to the government's motion to dismiss or for clarification, Richard Karceski, Esq., has clarified by his renewed motion that he represents the corporate claimants. The government has shown no good cause for the lengthy delay, even considering the matters stated in its ex parte filing dated March 12, 2013.

Accordingly, it is hereby Ordered that:

1. the government's motion for Stay (ECF No. 4) is **Denied**;

2. the government's motion to dismiss or for clarification (ECF No. 6) is **Denied**;

3. the claimants' renewed motion for return of seized property (ECF No. 7) is **Granted**;

4. the government shall return to the claimants within 14 days the following property:

    A. 2004 GMC G3500, Veh. ID: 1GDJG31U741908735

    B. Assorted Electric Cement Mixers

    C. CVC 220B Commercial Packaging Machine

      D.  Cleveland DBF 900LW Bond Sealer

      E.  Assorted Packaging Machines

      F.  Assorted Electric Cement Mixers

      G.  GYL Automatic Packaging Machinery     and

5.  the Clerk shall **CLOSE** this case.


<u>June 12, 2013</u>                                           _____/S/_____
Date                                                    Catherine C. Blake
                                                         United States District Judge